IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 2 0 1997

| | | |
|---|---|---|
| MAE C. JEMISON, M.D. | § | |
| | § | Michael N. Milby, Clerk |
| V. | § | |
| | § | C.A. NO. H-97-1245 |
| CITY OF NASSAU BAY, TEXAS | § | JURY DEMANDED |
| AND HENRY M. HUGHES, III | § | |
| INDIVIDUALLY AND AS | § | |
| AN OFFICIAL FOR THE CITY OF | § | |
| NASSAU BAY, TEXAS | § | |

### ORDER ON PLAINTIFF'S AGREED RULE 56(F) MOTION FOR CONTINUANCE

On this day, the Court considered the Plaintiff's Agreed Motion for a Continuance, pursuant to Federal Rule of Civil Procedure 56(f). After consideration of the motion and the attached affidavit, the Court is of the opinion that the request should be granted. It is, therefore,

ORDERED that Plaintiff Mae C. Jemison is granted a continuance to respond to the Motion for Summary Judgment filed by Defendants until November 29, 1997, which is 60 days from the date of the initial pretrial and scheduling conference.

SIGNED this 15th day of August, 1997.

_____
JUDGE PRESIDING

806.03\008