# UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 25 1998

Michael N. Milby, Clerk

|  |  |
|---|---|
| Mae C. Jemison, M.C., § § Plaintiff, § § vs. § § City of Nassau Bay, Texas and § Henry M. Hughes, III, § Individually and as an § Official for City of Nassau § Bay, Texas, § § Defendants. § | C. A. No. H-97-1245 |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is DISMISSED without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on March 24, 1998.

Ewing Werlein, Jr.
United States District Judge

