IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 01 1998

Michael N. Milby, Clerk

| | |
|---|---|
| MAE C. JEMISON, M.D., | § |
| | § |
| vs. | § C.A. NO. H-97-1245 |
| | § |
| CITY OF NASSAU BAY, TEXAS, | § |
| AND HENRY M. HUGHES, III | § |
| INDIVIDUALLY AND AS AN | § |
| OFFICIAL FOR THE CITY OF | § |
| NASSAU BAY, TEXAS | § |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by the parties in this matter, it is hereby

ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed, with prejudice. It is further,

ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

*The Diddel Law Firm.*             *Olson & Olson*

By: _____   By: _____
    A. Glen Diddell                   Brian J. Begle